# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE HONORABLE MICHAEL FLETCHER, WALKER RIVER TOWNSHIP JUSTICE OF THE PEACE, COUNTY OF LYON, STATE OF NEVADA. | No. 69762 |

**FILED**

APR 29 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK



## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on February 2, 2016, with the filing of a certified copy of the Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:     Nevada Commission on Judicial Discipline
        Arrascada & Aramini, Ltd.

SUPREME COURT
OF
NEVADA

(O) 1947A

16 - 13446